NUMBER 13-99-492-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


BILLIE JEAN LAWRENCE
, Appellant,


v.



MACARIO CARVAJAL, JR.
, Appellee.

____________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, BILLIE JEAN LAWRENCE, perfected an appeal from a
judgment entered by the 214th District Court of Nueces County, Texas,
in cause number 99-0334-F. After the clerk's record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states that this case has been resolved and appellant no longer wishes
to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of May, 2000.